18-MJ-2064-MPB

## AFFIDAVIT OF SPECIAL AGENT PETER SKUTNIK

I, Peter Skutnik, depose and state as follows:

1. I have been employed by Homeland Security Investigations (HSI) as a special agent since June, 2008. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. Prior to that, I was a United States Federal Air Marshal for six years and a United States Border Patrol Agent for four years. In the course of my duties, I have been involved in the arrests and interviews of numerous known gang members and associates. For the past eight years, I have been assigned to the HSI Special Agent in Charge (SAC) Boston and have been investigating cases involving violent transnational gangs, currently at OCDETF Strike Force Gangs. The OCDETF Strike Force Gangs responsibilities include the identification, disruption and dismantling of criminal transnational gangs. I investigate these gangs utilizing a wide array of investigative techniques in conjunction with state and local law enforcement officials.

2. The information contained in this affidavit is based upon my personal knowledge, and involvement in this investigation, my training and experience, as well as information provided to me by officers of other law enforcement agencies. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, and as such, does not necessarily contain every detail I and other law enforcement officers have learned during the course of this investigation. Based on my training and experience, I know that it is a violation of 18 U.S.C. §922(g)(5) for any alien to possess any firearm or ammunition in or affecting commerce, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. As set forth below, there is probable cause to

1

believe that Roberto PORTILLO a/k/a "Mysterio" ("PORTILLO") violated 18 U.S.C. §922(g)(5) on or about January 13, 2018, by illegally possessing a converted EKOL, model Tuna-type, .25 caliber pistol (make, model, caliber and serial number markings having been obliterated) and a magazine loaded with 5 rounds of CBC .25 caliber ammunition.

3. On January 13, 2018, at approximately 4:30 p.m., members of the Somerville Police Department Narcotics Unit conducted a drug investigation in the area of East Somerville, Massachusetts. Somerville Police Officers observed Shaheim Grant and two other men congregating in front of the Pearl Street Market, Somerville, Massachusetts. All three were very well known to local law enforcement due to frequent encounters and arrests involving drug distribution, illegal weapon possession and violent crime. In particular, detectives observed Grant pacing back and forth on Pearl Street and Walnut Street, looking in all directions and texting and talking on his phone. A short time later detectives saw the following: a 2015 dark gray Honda Accord, MA Reg. 7AC438 (the "gray Honda"), with three people inside, parked on Walnut Street close to the market; Grant ran to the gray Honda and entered the rear right passenger seat; and within 20 seconds, Grant left the car and walked back to the area of the Pearl Street Market. Believing that they had just seen a drug deal, detectives approached Grant for a threshold inquiry while other detectives followed the gray Honda. After a brief conversation, Grant stated to the police, "big deal I sell a lil bud there are people raping and killing people out there – why don't you go after them?" Officers searched Grant and seized marijuana, a digital scale and approximately $525 ($500 from his pants pocket and $25 from his left shirt pocket). Grant was arrested for distributing a Class D controlled substance.

4. Shortly after arresting Grant, other detectives stopped the gray Honda, which they

had kept under surveillance, at the corner of Temple Street and Mystic Avenue, Somerville. During questioning, the driver said that he was coming home from work, he did not meet with anyone and no one other than his current passengers had entered his car – which detectives knew was false. All three occupants were separately asked whether they had weapons or illegal drugs and all three said no. All three occupants were then asked to exit the vehicle and were pat frisked. During the frisk of the front passenger, later identified as PORTILLO, a detective felt a hard object. The detective then placed his hand inside the left, outer pocket of PORTILLO's coat and felt a very hard, possibly metal, object. The detective then recovered from an inside pocket of the coat a silver semiautomatic pistol, loaded with 5 rounds of .25 caliber CBC ammunition in the magazine from the inside pocket of PORTILLO's coat. The pistol's serial number and all other markings were obliterated. The detective also seized a small quantity of marijuana from PORTILLO, who was immediately placed under arrest. While being booked by the Somerville Police, PORTILLO admitted that he was born in Chalatenango, El Salvador.

5. A review of available immigration databases revealed no evidence of any lawful entry into the United States by PORTILLO. There is also no evidence that PORTILLO either applied for or received any immigration benefit allowing him to be in or remain in the United States lawfully. As a result, I believe that PORTILLO is an alien illegally in the United States.

6. An ATF Firearms Enforcement Officer has examined the firearm that was seized from PORTILLO, which she recognized as a converted EKOL, model Tuna-type, .25 caliber pistol, and concluded, after having test fired it, that it is a firearm as defined by 18 U.S.C. § 921(a)(3) and that the ammunition seized from PORTILLO is ammunition as defined by 18 U.S.C. § 921(a)(17(A). The officer also concluded that the firearm had been manufactured in

Turkey and the ammunition in Brazil. Therefore, the firearm and ammunition traveled in interstate or foreign commerce prior to being possessed by PORTILLO.

8.  Based on the above, I believe probable cause exists that on January 13, 2018, within the District of Massachusetts, Roberto PORTILLO, a/k/a "Mysterio," did possess a converted EKOL, model Tuna-type, .25 caliber pistol (make, model, caliber and serial number markings obliterated) and five rounds of CBC .25 caliber ammunition in violation of 18 U.S.C. § 922(g)(5).

_____
PETER SKUTNIK
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 9th day of February, 2018.

_____
HON. MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

4