UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                )      Cr. No. 18-10068-RWZ-1<br>)<br>ROBERTO PORTILLO, a/k/a "Mysterio," )<br>    Defendant.                              ) | |

SENTENCING MEMORANDUM OF THE UNITED STATES

On June 26, 2018, the defendant, ROBERTO PORTILLO a/k/a "Mysterio," pled guilty without a plea agreement to the Indictment, which charged him with one count of being an alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5).  The defendant's sentencing hearing is scheduled for October 2, 2018.  For the reasons presented herein, in the PSR, and to be presented at the sentencing hearing, the government requests a sentence of 18 months' imprisonment, which is at the low end of the advisory guidelines range.

## I.  THE OFFENSE AND GUIDELINES ANALYSIS

This case arose from an investigation by the ATF, HSI and local police into the activities of the 18th Street gang, which is a transnational gang engaged in criminal activity.  PreSentence Report ("PSR") ¶ 8.  18th Street is well-known as the chief rival to MS-13.  The government alleges that PORTILLO is a member of 18th Street, which led to the government's adoption of this arrest by the Somerville Police.  PSR ¶¶ 8, 40.

Somerville Police were investigating drug dealing in the area of East Somerville, Massachusetts, on January 13, 2018, when they saw what they believed was a drug deal. Specifically, Somerville detectives saw a gray Honda with three people inside make a street level purchase of drugs.  After confirming the sale of drugs, police followed and stopped the gray

Honda.  They frisked the front passenger – later identified as PORTILLO – and found a loaded silver semiautomatic pistol.  PSR ¶ 11.

The PSR found PORTILLO at base offense level 14 because he was a prohibited person at the time of his possession of the pistol.  PSR ¶ 18.  The PSR added four levels because the firearm had an obliterated serial number and deducted three levels for acceptance of responsibility, yielding a total offense level of 15.  PSR ¶¶ 19, 25-27.

PORTILLO has no criminal history points and is therefore Criminal History Category I.  PSR ¶¶ 31-32.  At TOL 15/CHC I, PORTILLO's advisory Guidelines Sentencing Range is 18 to 24 months.

## II.  18 U.S.C. §3553(a) FACTORS

Consideration of the §3553(a) factors demonstrates a sentence of 18 months, at the low end of the Guidelines Sentencing Range, is the appropriate sentence in this case.

### A.     The Nature of the Offense

Police recovered PORTILLO's gun in the course of a drug investigation.  Furthermore, PORTILLO himself, regrettably, appears to have been the victim of gang violence, having been threatened, jumped and stabbed by people he believed to be members of MS-13.  PSR ¶ 39.  As a result, PORTILLO's possession of the gun fits squarely at the intersection of guns, drugs and gangs.  It is well known that drug sales, and the corresponding fighting over drug turf, motivates gang violence.  See, e.g., City of Chicago v. Morales, 527 U.S. 41, 99-100 (1999) (Thomas, J., dissenting) (citing research); United States v. Laboy, 351 F.3d 578, 581 (1st Cir. 2003) (court recounted a Lawrence gang's "need to protect [the gang's] 'turf' in Lawrence from anyone else who would try to sell drugs in the area"); United States v. Patrick, 248 F.3d 11, 16 (1st Cir. 2001) (in RICO prosecution of a Boston gang, the court described that only gang members "could sell

on the [gang's] 'turf,' and the gang used actual and threatened violence to deter rivals")..And while it is unfortunate that PORTILLO himself has experienced gang violence, adding a firearm to this combustible mix could very well have led to much greater violence.

### B.     Characteristics of the Defendant

To his credit, PORTILLO has no criminal history and does report a history of successful, albeit illegal, employment.  PSR ¶¶ 56-62.  Nevertheless, the government alleges that PORTILLO is a member of 18th Street, a violent gang that has engaged in a long running feud with MS-13.  PORTILLO himself appears to have suffered some of the unfortunate consequences of this feud.  PSR ¶ 39.  PORTILLO's possession of a firearm, in fact, suggests the greater violence that may have ensued.  Through repeated prosecutions of gang members, among other steps, the government seeks to dismantle these gangs, end of the cycle of violence, and relieve the gang's harm to the community.  A sentence of imprisonment here will help send a strong message that gang members may not arm themselves as part of their gang activities.

### III.  THE GOVERNMENT'S RECOMMENDATION

For the foregoing reasons, those contained in the PSR and those to be presented at the sentencing hearing, the government requests the following sentence:

- a term of 18 months' imprisonment;
- no fine, because it appears that PORTILLO cannot pay a fine;
- no term of supervised release, because it appears likely that PORTILLO will be deported from this country; and
- a special assessment of $100.

        Respectfully submitted,

        ANDREW E. LELLING
        UNITED STATES ATTORNEY

By:    s/ Timothy E. Moran
        TIMOTHY E. MORAN
        Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        s/ Timothy E. Moran
        TIMOTHY E. MORAN

Date: September 28, 2018